# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: STAFFORD, GEORGE E. | § Case No. 09-06835 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/12/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/13/2010    By: /s/BRADLEY J. WALLER
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: STAFFORD, GEORGE E.                    § Case No. 09-06835
                                              §
                                              §
Debtor(s)                                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of              $      8,516.67

and approved disbursements of                   $          0.00

leaving a balance on hand of [1]                $      8,516.67

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,601.67 | $ 90.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*           *Fees*           *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,449.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | PYOD LLC its successors and assigns - Citibank | $ 9,882.03 | $ 1,097.57 |
| 4 | PYOD LLC its successors and assigns - Citibank | $ 1,659.43 | $ 184.31 |
| 5 | Advanta Bank Corp | $ 21,500.53 | $ 2,388.01 |
| 6 | Rogers Supply Company | $ 12,787.59 | $ 1,420.29 |
| 7 | Chase Bank USA NA | $ 3,892.94 | $ 432.38 |
| 8 | Pro-Power Customer Inquiry | $ 2,351.22 | $ 261.14 |
| 9 | Dahlman Sheet Metal Co. | $ 6,158.76 | $ 684.04 |
| 10 | Gas City | $ 3,216.56 | $ 357.26 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                               *Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                               *Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: evelyng              Page 1 of 2            Date Rcvd: Mar 02, 2009
Case: 09-06835                Form ID: b9a               Total Served: 48


The following entities were served by first class mail on Mar 04, 2009.
db           +George E. Stafford,   19509 Waterford,   Mokena, IL 60448-8632
aty          +Gregory K Stern,   Gregory K. Stern, P.C.,   53 West Jackson Blvd.,   Suite 1442,
               Chicago, IL 60604-3536
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
13590055      Advanta Bank Corp.,   P.O. Box 30715,   Salt Lake City, UT 84130-0715
13590056      Advanta Bank Corp.,   Attn: Collection Services,   PO Box 844,   Spring House, PA 19477-0844
13590057     +American Home Mortgage Servicing,   PO Box 631730,   Irving, TX 75063-0002
13590059     +Bank of America,   4747 West Irving Park Road,   Chicago, IL 60641-2700
13590058      Bank of America,   P.O. Box 15028,   Wilmington, DE 19850-5028
13590060      Bank of America, NA,   101 North Tryon Street,   NC1 001 07 06,   Charlotte, NC 28255-0001
13590061      Baum Sigman Auerbach & Neuman, Ltd.,   200 West Adams Street,   Suite 2200,
               Chicago, IL 60606-5231
13590064      Chase Home Finance,   P.O. Box 24696,   Columbus, OH 43224-0696
13590065     +Citi,   PO Box 6077,   Sioux Falls, SD 57117-6077
13590066     +Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-0001
13590067      CitiBusiness Card,   P.O. Box 44180,   Jacksonville, FL 32231-4180
13590068     +Clark Hill PLC,   150 North Michigan Avenue,   Suite 2400,   Chicago, IL 60601-3613
13590069      Connor Co.,   1600 Grinnell Road,   Kankakee, IL 60901-8228
13590070     +Crawford Supply,   1395 Stanford Drive,   Kankakee, IL 60901-9413
13590071     +Dahlman Sheet Metal Co.,   9517 West Gulfstream Road,   Frankfort, IL 60423-2519
13590072     +Daley and George, Ltd.,   20 South Clark Street,   Suite 400,   Chicago, IL 60603-1835
13590073     +Euler Hermes UMA,   600 South 7th Street,   Louisville, KY 40203-1968
13590074     +Ferguson Enterprises, Inc.,   7950 185th Street,   Unit A,   Tinley Park, IL 60477-6776
13590075     +Flat Iron Capital,   950 17th Street,   Suite 1300,   Denver, CO 80202-2818
13590076     +G.W. Berkheimer Co., Inc.,   1155 North Dupage Avenue,   Lombard, IL 60148-1241
13590078      GMAC,   P.O. Box 380901,   Minneapolis, MN 55438-0901
13590077     +Gas City,   Fleet Services,   P.O. Box 639,   Portland, ME 04104-0639
13590080     +HFC,   7349 West 25th Street,   Riverside, IL 60546-1409
13590079     +Harris N.A.,   111 West Monroe Street,   Chicago, IL 60603-4095
13590062      John Benagis,   3109 Holeman Avenue,   Steger, IL 60475
13590081      Johnson Controls,   5005 New York Drive,   Norman, OK 73069
13590082     +LaSalle Bank NA,   135 South LaSalle Street,   Chicago, IL 60603-4489
13590083     +Levinson Simon & Sprung, PC,   566 West Lake Street,   Suite 3 West,   Chicago, IL 60661-1410
13590084      Park Supply,   7950 185th Street,   Unit A,   Tinley Park, IL 60477-6732
13590085     +Pekin Life Insurance Company,   2505 Court STreet,   Pekin, IL 61558-0002
13590086     +Pro-Power Customer Inquiry,   1001 Warrenville Road,   Suite 210,   Lisle, IL 60532-1393
13590087     +Rogers Supply Company,   1425 Harvard Drive,   Kankakee, IL 60901-9465
13590088      Rosman Adjustment Corp.,   P.O. Box 1247,   Northbrook, IL 60065-1247
13590089     +SASMI,   Edward F. Carlough Plaza,   601 North Fairfax Street,   Suite 400,
               Alexandria, VA 22314-2081
13590090     +Sheet Metal Workers Local 265,   205 Alexandria Way,   Carol Stream, IL 60188-2080
13590091     +Sheet Metal Workers' Local 73,   4550 Roosevelt Road,   Hillside, IL 60162-2053
13590092     +Sheet Metal Workers' National,   Pension Fund,   601 North Fairfax Street,   Suite 500,
               Alexandria, VA 22314-2078
13590093     +Temperature Equipment Corp.,   17725 Volbrecht Road,   Lansing, IL 60438-4539
13590094     +Thomas Planera & Associates,   4440 Lincoln Hwy.,   Suite 301,   Matteson, IL 60443-3804
13590095     +W.L. Engler Distributing, Inc.,   1035 North Throop Street,   Chicago, IL 60642-4028
13590097     +West Bend Mutual Insurance Company,   1900 South 18th Avenue,   West Bend, WI 53095-9791
13590098     +Wright Express Financial Services,   Credit Maintenance,   P.O. Box 639,
               South Portland, ME 04104-0639
13590099      York International Corp,   Unitary Products Group,   P.O. Box 905578,   Charlotte, NC 28290-5578

The following entities were served by electronic transmission on Mar 02, 2009.
13590059     +EDI: BANKAMER2.COM Mar 02 2009 20:33:00      Bank of America,   4747 West Irving Park Road,
               Chicago, IL 60641-2700
13590058      EDI: BANKAMER2.COM Mar 02 2009 20:33:00      Bank of America,   P.O. Box 15028,
               Wilmington, DE 19850-5028
13590060      EDI: BANKAMER2.COM Mar 02 2009 20:33:00      Bank of America, NA,   101 North Tryon Street,
               NC1 001 07 06,   Charlotte, NC 28255-0001
13590063      EDI: CAPITALONE.COM Mar 02 2009 20:33:00      Capital One,   P.O. Box 30285,
               Salt Lake City, UT 84130-0285
13590065     +EDI: CITICORP.COM Mar 02 2009 20:33:00      Citi,   PO Box 6077,   Sioux Falls, SD 57117-6077
13590082     +EDI: BANKAMER2.COM Mar 02 2009 20:33:00      LaSalle Bank NA,   135 South LaSalle Street,
               Chicago, IL 60603-4489
13590096      EDI: PROVID.COM Mar 02 2009 20:33:00      Washington Mutual Card Services,   P.O. Box 9016,
               Pleasanton, CA 94566-9016
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: evelyng           Page 2 of 2            Date Rcvd: Mar 02, 2009
Case: 09-06835                Form ID: b9a            Total Served: 48
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2009            Signature:    *Joseph Speetjens*